UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GUY McEACHIN,
                              Plaintiff,

      vs                                       9:06-CV-1192

GLENN S. GOORD, Commissioner of DOCS;
DONALD SELSKY, Director of SHU; ROY A.
GIRDICH, Superintendent of Upstate Correctional
Facility; WHITE, Facility Nurse; SGT. SNYDER;
and B. POUPORE, Correction Officer,
                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                           OF COUNSEL:

GUY McEACHIN
00-A-5257
Attica Correctional Facility
Box 149
Attica, NY 14011

HON. ANDREW M. CUOMO            RISA L. VIGLUCCI, ESQ.
Attorney General of the                  ROGER W. KINSEY, ESQ.
  State of New York                         Asst. Attorney General
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

# O R D E R

       Plaintiff, Guy McEachin, brought this civil rights action pursuant to 42 U.S.C.

§ 1983. In a Report Recommendation dated February 8, 2008, the Honorable Randolph F.

Treece, United States Magistrate Judge, recommended that defendants' motion to dismiss

be granted and that plaintiff's complaint be dismissed as to defendants Goord, Selsky,

Girdich, and White. Objections to the Report Recommendation have been filed by the plaintiff.

Based upon a de novo review of the portions of the Report-Recommendation to which the plaintiff has objected, the Report-Recommendation is accepted and adopted. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion to dismiss is GRANTED;

2. Plaintiff's complaint is DISMISSED in all respects as to defendants Glenn S. Goord, Donald Selsky, Roy A. Girdich, and White;

3. The Clerk is directed to enter judgment as to defendants Glenn S. Goord, Donald Selsky, Roy A. Girdich, and White.

IT IS SO ORDERED.

_____
United States District Judge

Dated: April 17, 2008
       Utica, New York.